IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WENDY WEAVER**                                                               **PLAINTIFF**

V.                    **CASE NO. 3:16-CV-129-BD**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                               **DEFENDANT**

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, with prejudice.

DATED this 12th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE